FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 11 PM 3:43
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MONICA WILLIAMS,

    Plaintiff,

v.                             CASE NO. 4:18-CV-00198-WTM-CLR

HOUSING AUTHORITY OF
SAVANNAH,

    Defendant.

## CONSENT PROTECTIVE ORDER ON NON-PARTY BRENDA DAVIS, LCSW'S OBJECTION TO AND MOTION TO QUASH SUBPOENA (DOC. # 10)

Brenda Davis, a Licensed Clinical Social Worker, who has treated Plaintiff, has objected to and moved to quash a subpoena issued by Defendant. Doc. # 10. The subpoena seeks Davis' entire file pertaining to her "examination, diagnosis and treatment of" Plaintiff. Doc. # 11-3.

Pursuant to the Court's authority under Fed. R. Civ. P. 26(c), IT IS HEREBY ORDERED:

**1.** That Brenda Davis shall produce all records in her possession sought in the subpoena with each page being marked as confidential; and that

**2.** Defendant shall not disclose the records without further order of the Court or consent of Plaintiff's counsel, except to the partners, associates, secretaries, paralegal assistants, and employees of such counsel to the extent reasonably necessary to render professional services in the litigation; to persons with prior knowledge of the documents or the confidential information contained therein, and their agents; to experts retained by Defendant for the purpose

of assisting in review or evaluation of the records produced; and to Court officials involved in this litigation (including court reporters, persons operating video recording equipment at depositions).

3. Marked confidential documents need not be filed with the clerk except when required in connection with any dispositive motions, including under Rules 12 or 56 of the Federal Rules of Civil Procedure, or other matters pending before the Court. Any party that seeks to file marked confidential documents with the Court shall seek leave from the Court to file the confidential documents under seal.

5. Persons obtaining access to marked confidential documents and/or confidential information under this Order shall use the documents and/or information for the preparation and trial of this litigation (including appeals and retrials), and shall not use such documents and/or information for any other purpose, including business, governmental, or commercial.

6. Nothing in this Order shall prevent any party or other person from seeking modification of this Order or from objecting to discovery that it believes to be otherwise improper.

7. Nothing contained in this Order and no action taken pursuant to it shall prejudice the right of any party to contest the alleged relevancy, admissibility, or discoverability of the confidential documents and information sought.

SO ORDERED, this 11th day of April, 2019.

_____
United States Magistrate Judge

2

[CONSENT PAGE FOLLOWS]

CONSENTED TO this 10th day of April, 2019.

/s/ ADIAN R. MILLER
Adian R. Miller
Georgia Bar No. 794647
MORGAN & MORGAN, P.A.
191 Peachtree Street, N.E.
Suite 4200
P.O. Box 7007
Atlanta, GA 30343-1007
T: (404) 496-7332
F: (404) 496-7428

Counsel for Plaintiff

/s/ Dana F. Braun
Dana F. Braun
Georgia Bar Number 078512

Ellis, Painter, Ratterree & Adams, LLP
P.O. Box 9946
Savannah, GA 31412
(912) 233-9700
dbraun@epra-law.com

Counsel for Defendant