# United States District Court
## Southern District of Georgia

MONICA WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18CV-198

HOUSING AUTHORITY OF SAVANNAH,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 24, 2020 granting Defendant, Housing Authority of Savannah's Motion for Summary Judgment, judgment is hereby entered in favor of the Defendant and against the Plaintiff, Monica Williams. Plaintiff's claims are dismissed and this case stands closed.

January 27, 2020
*Date*

Scott L. Poff
*Clerk*

*James R. Burnell*
*(By) Deputy Clerk*